FILED

10/02/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0460

**IN THE SUPREME COURT OF THE STATE OF MONTANA**

**SUPREME COURT NO. DA 20-0460**

| | | |
|---|---|---|
| In re the Marriage of: | ) | |
| | ) | |
| DAVINA ATTAR-WILLIAMS, | ) | |
| | ) | |
| | ) | **ORDER** |
| Petitioner/Appellant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| | ) | |
| STEVEN THOMAS WILLIAMS, | ) | |
| | ) | |
| Respondent/Appellee. | ) | |
| | ) | |
| | ) | |

On September 28, 2020, Appellant Davina Attar-Williams moved this Court to waive enforcement of the appellate mediation requirement set forth by Rule 7 of the Montana Rules of Appellate Procedure.  Appellee opposes the motion.

IT IS ORDERED that the motion to waive mediation is GRANTED.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 2 2020